B1 (Official Form 1)(12/11)

| # United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mehta, Dharmesh Vinodrai | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Mehta, Renu Dharmesh |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>AKA Dave Mehta | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-3155 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0308 |
| Street Address of Debtor (No. and Street, City, and State):<br>4119 Woodlark Dr.<br>Annandale, VA<br>ZIP Code 22003-2343 | Street Address of Joint Debtor (No. and Street, City, and State):<br>4119 Woodlark Dr.<br>Annandale, VA<br>ZIP Code 22003-2343 |
| County of Residence or of the Principal Place of Business:<br>Fairfax | County of Residence or of the Principal Place of Business:<br>Fairfax |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mehta, Dharmesh Vinodrai<br>Mehta, Renu Dharmesh |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>Mehta, Dharmesh Vinodrai<br>Mehta, Renu Dharmesh |
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Dharmesh Vinodrai Mehta
Signature of Debtor  Dharmesh Vinodrai Mehta

**X**  /s/ Renu Dharmesh Mehta
Signature of Joint Debtor Renu Dharmesh Mehta

Telephone Number (If not represented by attorney)

February 17, 2012
Date

### Signature of Attorney*

**X**  /s/ Steven B. Ramsdell, VA Bar
Signature of Attorney for Debtor(s)

Steven B. Ramsdell, VA Bar #33222
Printed Name of Attorney for Debtor(s)

Tyler, Bartl, Ramsdell & Counts, PLC
Firm Name
300 N. Washington St.
Suite 202
Alexandria, VA 22314

Address

(703) 549-5000  Fax: (703) 549-5011
Telephone Number

February 17, 2012
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    Dharmesh Vinodrai Mehta
        Renu Dharmesh Mehta                            Case No. _____

                                             Debtor(s)      Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

   ☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐  Active military duty in a military combat zone.

   ☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Dharmesh Vinodrai Mehta
                            Dharmesh Vinodrai Mehta

Date:   February 17, 2012

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    Dharmesh Vinodrai Mehta
       Renu Dharmesh Mehta                    Case No. _____

                                    Debtor(s)          Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Renu Dharmesh Mehta
                            Renu Dharmesh Mehta
Date:    February 17, 2012

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   Dharmesh Vinodrai Mehta
Renu Dharmesh Mehta
_____   Case No. _____
                                      Debtor(s)   Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Dharmesh Vinodrai Mehta
Renu Dharmesh Mehta                     X  /s/ Dharmesh Vinodrai Mehta          February 17, 2012
_____         _____        _____
Printed Name(s) of Debtor(s)            Signature of Debtor                     Date

Case No. (if known) _____         X  /s/ Renu Dharmesh Mehta             February 17, 2012
                                        _____        _____
                                        Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

.

2310 Columbia Road Holdings
c/o Keystar LLC
515 Wisconsin Ave., #501
Washington, DC 20016


AAA
4619 West Ox Rd.
Fairfax, VA 22030


Advanta Business
P.O. Box 9217
Old Bethpage, NY 11804-9217


Advantage Funding Management
14402 Collections Center Dr.
Chicago, IL 60693


Alliance One Receivables
P.O. Box 3102
Southeastern, PA 19398-3102


Alliance Receivables Mgmt.
P.O. Box 3102
Southeastern, PA 19398-3102


Allied Interstate
2290 Agate Ct., Unit A1
Simi Valley, CA 93065


Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099


American Building Soltions LLC
Attn: Kevin
P.O. Box 575
Stephens City, VA 22655


American Collections Enterpris
P.O. Box 30096
Alexandria, VA 22310-8096


American Recovery Service
555 St. Charles Dr., Suite 100
Thousand Oaks, CA 91360

Amigo Services, Inc.
t/a Insurance and Tax Services
4819 Columbia Pike
Arlington, VA 22204


Amit Properties, LLC
4022 Annandale Rd.
Annandale, VA 22003


Amit Services, Inc.
4704 Columbia Pike
Arlington, VA 22204


Amtrust NA, Inc.
P.O. Box 740042
Atlanta, GA 30374-0042


Anton M. Weiss
Pascal & Weiss PC
1008 Pennsylvania Ave., S.E.
Washington, DC 20003


Arlington County Office of the
County Treasurer
1 Courthouse Plaza
Arlington, VA 22216


Arlington County Treasurer
P.O. Box 1752
Merrifield, VA 22116-1752


Associated Credit Services
P.O. Box 5171
Westborough, MA 01581-5171


Associated Creditors Exchange
P.O. Box 33130
Phoenix, AZ 85067


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Bank Direct Capital Finance
P.O. Box 660448
Dallas, TX 75266-0448


Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170


Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of America
P.O. Box 25118
Tampa, FL 33622-5118


Barclay's Bank Delaware
P.O. Box 13337
Philadelphia, PA 19101-3337


Barcroft Number Five
1130 S. George Mason Dr.
Arlington, VA 22204


BB&T Financial FSB
P.O. Box 580435
Charlotte, NC 28258-0435


Benjamin T. Danforth, Esq.
Lawson Tarter & Charvet, P.C.
6045 Wilson Blvd., Suite 100
Arlington, VA 22205-1546


Bur-Tel Security Systems
2655 Duke St.
Alexandria, VA 22314


CACSI
16011 College Blvd., Suite 101
Lenexa, KS 66219


Canon Business Solutions
300 Commerce Square Blvd.
Burlington, NJ 08016

Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Care First
Blue Cross Blue Shield
840 First St., N.E.
Washington, DC 20065


Carter Bank & Trust
Attn:  John G. Wales
141 Westover Dr.
Danville, VA 24541


CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705-0272


Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153


Citi Bank
1775 Pennsylvania Ave. N.W.
Washington, DC 20006


City of Fredericksburg
Commissioner of Revenue
P.O. Box 644
Fredericksburg, VA 22404


Comcast
P.O. Box 3006
Southeastern, PA 19398-3006


Comcast
5801 Metro Drive
Baltimore, MD 21215

Commonwealth of Virginia
Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218


Consolidated Revovery Group
125 W. Fifth Ave., Suite 103
Escondido, CA 92025-4843


County of Alexander
P.O. Box 38
Taylorsville, NC 28681


County of Fairfax
Dept. of Tax Administration
P.O. Box 10202
Fairfax, VA 22035-0202


County of Laurens
P.O. Box 907
Laurens, SC 29360


Cox Communications
P.O. Box 79940
Baltimore, MD 21279-0940


Credit Control Corporation
P.O. Box 120630
Newport News, VA 23612-0630


Credit Control, LLC
P.O. Box 187
Hazelwood, MO 63042


Credit Protection Assoc., LP
13355 Noel Rd.
Dallas, TX 75240


Creditors Financial Group, LLC
P.O. Box 440290
Aurora, CO 80044-0290


Crestwood Mgmt. LLC
P.O. Box 22630
Beachwood, OH 44122-0630

Culpeper County Treasurer
P.O. Box 1447
Culpeper, VA 22701-6447


Davis Sheet Metal, Inc.
15388 Lord Fairfax Hwy.
White Post, VA 22663


Deer Park
P.O. Box 856192
Louisville, KY 40285-6192


Dell Business Credit
P.O. Box 81577
Austin, TX 78708-1577


Dell Financial Services
4307 Collection Center Dr.
Chicago, IL 60693


Dell Financial Services
P.O. Box 5275
Carol Stream, IL 60197-5275


Department of Enviromental
2100 Clarendon Blvd. Suite 705
Arlington, VA 22201


Discover
P.O. Box 71084
Charlotte, NC 28272-1084


Diversified Adjustment Service
P.O. Box 32145
Minneapolis, MN 55432-0145


DIYA Enterprises, Inc.
4119 Woodlark Dr.
Annandale, VA 22003-2343


Dominion Law Associates
P.O. Box 62719
Virginia Beach, VA 23466-2719

Dominion Power
P.O. Box 26543
Richmond, VA 23290-0001


Donald Hicks
Power-Comm Inc.
1295 A. Progress Dr.
Front Royal, VA 22630


Duke Energy SE Commercial
P.O. Box 1090
Charlotte, NC 28201


Dunbar Armored, Inc.
P.O. Box 64115
Baltimore, MD 21264-4115


Farmers Life Insurance
P.O. Box 182325
Columbus, OH 43218


Ferguson Enterprises
12500 Jefferson Ave.
Newport News, VA 23602


Fidelity Bank
1426 E. 11 St.
Siler City, NC 27344


First Market Bank
P.O. Box 940
Ruther Glen, VA 22546


First National Merchants Solut
1620 Duke St., Stop 3220
Omaha, NE 68197


Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240-0628


Focus Receivables Management
P.O. Box 725069
Atlanta, GA 31139-2069

Ford Motor Credit Company
P.O. Box 17948
Greenville, SC 29606-7948


Founders Landing Property
Owners Association
146 Founders Way
Strasburg, VA 22657


Gap/GEMB
P.O. Box 530942
Atlanta, GA 30353-0942


GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


Geoffrey S. Gavett, Esq.
Gavett and Datt, P.C.
15850 Crabbs Branch Way, #180
Rockville, MD 20855-1177


Glasser & Glasser, P.L.C.
P.O. Box 3400
Norfolk, VA 23514


Global Express Financial Servi
P.O. Box 8608
Silver Spring, MD 20907


GMAC Mortgage
3451 Hammond Ave.
P.O. Box 780
Waterloo, IA 50704-0780


Grainger
Dept. 867527731
Palatine, IL 60038-0001


Green Tree Servicing LLC
7360 S. Kyrene Rd.
Tempe, AZ 85283-4583

Guard Insurance Group
P.O. Box AH
Wilkes Barre, PA 18703-0020


Heartland
One Heartland Way
Jeffersonville, IN 47130


Helvey & Associates, Inc.
1015 E. Center St.
Warsaw, IN 46580-3420


HFC Pomona
P.O. Box 17574
Baltimore, MD 21297-1574


Home Paramount
P.O. Box 727
Forest Hill, MD 21050


HSBC
P.O. Box 5244
Carol Stream, IL 60197-5244


Innovative Merchant Solutions
25541 Agoura Rd.
Calabasas, CA 91302


Innovative Merchant Solutions
21215 Burbank Blvd., Suite 100
Woodland Hills, CA 91367


Internal Revenue Service
400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219


J&E Recycling
10954 Houser Dr.
Fredericksburg, VA 22408


J.C. Christenson & Assoc.
P.O. Box 519
Sauk Rapids, MN 56379

James A. West P.C.
6380 Rogerdale Rd., Suite 130
Houston, TX 77072-1647


Jamie A. Mastandrea, Esq.
5200 Rolling Rd.
Burke, VA 22015


LakeView of Culpeper
Homeowners Association, Inc.
1081 Lake Pelham Dr.
Culpeper, VA 22701-3256


Laura Arft and Amber Means
1043 Longview Dr.
Culpeper, VA 22701


Laurens Commission of
Public Works
P.O. Box 580476
Charlotte, NC 28258-0476


Leading Edge Recovery Solution
5440 N. Cumberland Ave., #300
Chicago, IL 60656-1490


Leading Edge Recovery Solution
5440 N Cumberland Ave., #300
Chicago, IL 60656-1490


Lifetime Fitness
9602 Main St.
Fairfax, VA 22031


LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


M&T Bank
P.O. Box 62146
Baltimore, MD 21264-2146

Macy's
P.O. Box 4564
Carol Stream, IL 60197-4564


Marc A. Busman, Esq.
Busman & Busman
P.O. Box 7514
Fairfax Station, VA 22039-7514


Mark B. Callahan, Esq.
Clark & Bradshaw, PC
P.O. Box 71, 92 N. Liberty St.
Harrisonburg, VA 22803-0071


Mary Ellen Slugg, Esq.
6878 Fleetwood Rd., Suite B
Mc Lean, VA 22101


Mastersoft Technologies, LLC
4022 Annandale Rd.
Annandale, VA 22003


MBF Leasing, LLC
132 West 31st Street, 14th flr
New York, NY 10001-3405


MBNA
P.O. Box 15137
Wilmington, DE 19886-5136


McCabe, Weisberg & Conway, LLC
312 Marshall Ave., Suite 800
Laurel, MD 20707


McCarthy, Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146


Mercantile Adjustment Bureau
P.O. Box 9052
Buffalo, NY 14231-9052

Metropolitan Meat Seafood
& Poultry Co.
1920 Stanford Ct.
Hyattsville, MD 20785


Michael J. Karlan, Esq.
2950 Van Ness St., N.W.
Suite 809
Washington, DC 20008-1118


Mini Banco, Inc.
4119 Woodlark Dr.
Annandale, VA 22003


Mini Mart III, Inc.
4817 Columbia Pike
Arlington, VA 22204


Moneygram Payment Systems Inc.
1550 Utica Ave. South
Minneapolis, MN 55416


National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139-3442


Nations Recovery Center, Inc.
P.O. Box 620130
Atlanta, GA 30362-2130


Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Valley, PA 18002-6314


NCC
P.O. Box 9156
Alexandria, VA 22304-0156


NCO Financial Systems, Inc.
P.O. Box 15630
Dept. 27
Wilmington, DE 19850

Nelson, Watson & Associates
P.O. Box 1299
Haverhill, MA 01831


Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225-1943


Office of the County Treasurer
Arlington County, Virginia
2100 Clarendon Blvd., Suite 21
Arlington, VA 22201


Orkin Pest Control
P.O.Box 3349
Fairfax, VA 22038-3349


Partners Financial Services
P.O. Box 728
Fenton, MO 63026


Plaza Recovery, Inc.
JAF Station, P.O. Box 2769
New York, NY 10116-2769


PNC Mortgage
P.O. Box 533510
Atlanta, GA 30353-3510


PreCash, Inc.
421 SW 6 Ave., Suite 400
Portland, OR 97204-1621


Prime Rate Premium Finance Co.
P.O. Box 100507
Florence, SC 29507-0507


Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043


Protective Life Insurance Co.
P.O. Box 12687
Birmingham, AL 35202-6687

QBE Insurance Corporation
P.O. Box 8129
Jacksonville, FL 32239-0129


Receivable Management Services
4836 Brecksville Rd.
P.O. Box 523
Richfield, OH 44286


Recontrust Company NA
2380 Performance Dr.
TX2-985-07-03
Richardson, TX 75082


Redline Recovery Services LLC
11675 Rainwater Dr., #350
Alpharetta, GA 30009-8693


Rees Broome, PC
8133 Leesburg Pike
Ninth Floor
Vienna, VA 22182


Rhonda Ann Hunt
c/o J & J Real Estate, Ltd.
602 S. Main St.
Culpeper, VA 22701


Richard J. Biryla, Esq.
800 Rand Building
14 Lafayette Sq.
Buffalo, NY 14203-1995


RMCB
P.O. Box 1234
Elmsford, NY 10523-0934


Ronald Stern
333 N. Fairfax St., Suite 204
Alexandria, VA 22314


Rubenstein and Cogan
12 S. Summit Ave., Suite 250
Gaithersburg, MD 20877

S. Sterling Laney, III
Womble Carlyle Sandridge et al
P.O. Box 10208
Greenville, SC 29603


Saiprasad Medical Transportati
4119 Woodpark Dr.
Annandale, VA 22003-2343


Sally Beauty Supply LLC
P.O. Box 90219
Denton, TX 76202


Sanjiv & Kamini Shah
14354 Compton Village Dr.
Centreville, VA 20121


Sanjiv and Kamini Shah
42911 Cedar Ridge Blvd.
Chantilly, VA 20152


Scott E. Peters
Thieblot Ryan P..A.
810 Glen Eagels Ct., Suite 312
Towson, MD 21286-2237


Sears Credit Cards
P.O. Box 183082
Columbus, OH 43218-3082


Sol Suslovich
t/a Hilltop Shop N Go Center
200 Centrepark S. Apt. 4C
New York, NY 10019


SRA Associates of New Jersey
401 Minnetonka Rd.
Somerdale, NJ 08083


State Corporation Commission
Clerk's Office
P.O. Box 7621
Merrifield, VA 22116-7621

Steve K. Rutherford
GSC Enterprises, Inc.
P.O. Box 638, 130 Hillcrest
Sulphur Springs, TX 75483-0638


Steve King
Sager Real Estate
111 E. King St.
Strasburg, VA 22657


Steven Jelinek
Creative Concepts
12808 Hamlet Hill Way
Fairfax, VA 22030


Steven Zeamer
Zeamer Construction
5202 Chase Ln.
Midland, VA 22728


Stokes & Clinton
P.O. Box 991801
1000 Downtowner Blvd.
Mobile, AL 36691


Summit Community Bank
310 North Main St.
Moorefield, WV 26836


SunTrust Bank
P.O. Box 85041
Richmond, VA 23285-5041


SunTrust Bank
P.O. Box 85052
Richmond, VA 23285-5052


SunTrust Bank
P.O. Box 79079
Baltimore, MD 21279-0079


SunTrust Bank, Inc.
7455 Chancellor Dr.
Orlando, FL 32809

T Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


TACSYS, Inc.
4119 Woodlark Dr.
Annandale, VA 22003


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


The CBE Group, Inc.
P.O. Box 2337
Waterloo, IA 50704-2337


The Hartford Insurance
P.O. Box 2907
Hartford, CT 06104-2907


The Law Office of John P. Frye
P.O. Box 11767
Roanoke, VA 24022-1767


Town of Strasburg
P.O. Box 351
Strasburg, VA 22657-0351


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855


Transworld Systems
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407


Travelers
2420 Lakemont Ave.
P.O. Box 3556
Orlando, FL 32802-3556


U.S. Retail Partners Ltd.
c/o Regency Centers
1919 Gallows Rd.
Vienna, VA 22182

Union Bank
2811 Fall Hill Ave.
Fredericksburg, VA 22401


Union First Market Bank
P.O. Box 940
Ruther Glen, VA 22546


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Viking Collection Service Inc.
P.O. Box 59207
Minneapolis, MN 55459-0207


Virginia Heritage Bank
P.O. Box 221046
Chantilly, VA 20153


Wachovia
Commercial Loan Services
P.O. Box 74502
Atlanta, GA 30374-0502


Warren County
220 N. Commerce Ave., #100
Front Royal, VA 22630


Waste Management of VA
P.O. Box 13648
Philadelphia, PA 19101-3648


Wells Business BKG Support Grp
MAC N9306-101
P.O. Box 202902
Dallas, TX 75320-2902


Wells Fargo Bank
P.O. Box 4116
Portland, OR 97208-4116

Wells Fargo Bank NA
P.O. Box 8129
Jacksonville, FL 32239-8129


Wells Fargo Bank, N.A.
P.O. Box 29746
Phoenix, AZ 85038-9746


Which Way USA
P.O. Box 4002026
Des Moines, IA 50340-2026


Wildlife Explorer
948 Plaza Dr.
Montoursville, PA 17754


William H. Kennery, Jr., Esq.
Tatusko Kennedy, PC
3016 Williams Dr., Suite 200
Fairfax, VA 22031-4616


William W. Siegel & Assoc.
P.O. Box 9006
Smithtown, NY 11787-9006


Winchester City Treasurer
P.O. Box 263
Winchester, VA 22604


World Financial Network Bank
P.O. Box 182124
Columbus, OH 43218-2124


Zwicker & Associates, P.C.
P.O. Box 9013
Andover, MA 01810