UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:  Dharmesh Vinodari Mehta  
       and Renu Dharmesh Mehta

Case No. 12-11061-BFK  
Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GMAC Mortgage LLC, Movant (as successor by merger to GMAC Mortgage Corporation)

vs.

Dharmesh Vinodari Mehta and Renu Dharmesh Mehta, Debtors  
H. Jason Gold, Esq., Trustee  
               Respondents

## NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON
**Real Property at 4119 Woodlark Dr., Annandale, Virginia 22003**

GMAC Mortgage LLC, Movant (as successor by merger to GMAC Mortgage Corporation), herein, has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. Sec. 362 (a) to enable it to proceed with the foreclosure of its Deed of Trust. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

The hearing is scheduled for **March 21, 2012 at 9:30 a.m.** in Courtroom II, United States Bankruptcy Court, 200 S Washington Street, Alexandria, Virginia 22314-5405. If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views of the motion, then by **March 12, 2012**, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Abby K. Moynihan, Esq.
Attorney for Movant
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: February 27, 2012

/s/ Abby K. Moynihan, Esq.
Attorney for Movant
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on February 27, 2012, to Dharmesh Vinodari Mehta at 4119 Woodlark Dr. , Annandale, Virginia 22003-2343 and Renu Dharmesh Mehta at 4119 Woodlark Dr., Annandale, Virginia 22003-2343. Copies were sent electronically via the CM/ECF system to Steven B. Ramsdell, Esq., Attorney for Debtors and H. Jason Gold, Esq., Trustee.

/s/ Abby K. Moynihan, Esq.