B6B (Official Form 6B) (12/07)

In re  Dharmesh Vinodrai Mehta,
       Renu Dharmesh Mehta,
                                   Debtors

Case No.  12-11061-BFK

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ICICI Bank checking accts. #9484 (Rs36,067.74 Indian rupees as of 2/17/12) and #0579 (Rs17,124 Indian rupees as of 2/17/12) | J | 967.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Anticipated Endowment life insurance policies, assigned to LIC of India on 8/10/10 until full repayment of loan against the policies, which loan is in default for nonpayment of principal, interest, and premiums, so no cash value | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | | | |

Sub-Total >   967.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   Dharmesh Vinodrai Mehta,   Case No.   12-11061-BFK
     Renu Dharmesh Mehta
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

                                                                          Sub-Total >      0.00
                                                                  (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Dharmesh Vinodrai Mehta,
       Renu Dharmesh Mehta,
                                          Debtors

Case No.  12-11061-BFK

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 967.00 |

Sheet  2  of  2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6J (Official Form 6J) (12/07)**

In re  Dharmesh Vinodrai Mehta
Renu Dharmesh Mehta                                Case No.  12-11061-BFK
                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 9,518.27 |
|   a. Are real estate taxes included? | Yes X  No ___ | |
|   b. Is property insurance included? | Yes X  No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 550.00 |
|     b. Water and sewer | | $ 100.00 |
|     c. Telephone | | $ 0.00 |
|     d. Other  See Detailed Expense Attachment | | $ 400.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 350.00 |
| 10. Charitable contributions | | $ 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 0.00 |
|     b. Life | | $ 880.00 |
|     c. Health | | $ 600.00 |
|     d. Auto | | $ 150.00 |
|     e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) Personal property taxes on vehicle | | $ 25.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 0.00 |
|     b. Other  See Detailed Expense Attachment | | $ 5,301.12 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 500.00 |
| 17. Other  Children's private school tuition | | $ 2,900.00 |
|     Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 22,654.39 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 11,225.00 |
| b. | Average monthly expenses from Line 18 above | $ 22,654.39 |
| c. | Monthly net income (a. minus b.) | $ -11,429.39 |

**B6J (Official Form 6J) (12/07)**

In re   Dharmesh Vinodrai Mehta  
     Renu Dharmesh Mehta                        Case No. 12-11061-BFK

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cable television, telephone, and internet service | $ 350.00 |
| Trash removal | $ 50.00 |
| **Total Other Utility Expenditures** | $ 400.00 |

**Other Installment Payments:**

| | |
|---|---:|
| 2nd priority deed of trust against residence | $ 3,397.42 |
| 1st priority deed of trust against rental property | $ 1,553.70 |
| 2nd priority deed of trust against rental property | $ 250.00 |
| HOA dues on rental property | $ 100.00 |
| **Total Other Installment Payments** | $ 5,301.12 |

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of Virginia

In re: Dharmesh Vinodrai Mehta / Renu Dharmesh Mehta, Debtor(s)

Case No. 12-11061-BFK
Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,500.00 | 2012 (ytd): Husband's self-employment income from consulting |
| $3,500.00 | 2012 (ytd): Wife's self-employment income from consulting |
| $70,200.00 | 2011: Husband's self-employment income from CPR Medical Transportation, LLC ($68,000), and as a consultant ($2,200) |
| $24,750.00 | 2011: Wife's self-employment income from consulting |
| $130,556.00 | 2010: Husband's salary from Amit Services, Inc. ($9,500), from Mastersoft Technologies, LLC ($6,000), from Amigo Services, LLC ($8,000), from Amit Properties, LLC ($8,000), from Mini Mart III, Inc. ($15,500), and self-employment income from LLCs and S Corporations as reported on Forms K-1 ($83,556) |

2

| AMOUNT | SOURCE |
|---|---|
| $46,961.54 | 2010: Wife's salary from Amigo Services, LLC ($8,000), from Amit Properties, LLC ($7,461.54), from Amit Services, Inc. ($9,500), from Mastersoft Technologies, LLC ($6,000), and from Mini Mart III, Inc. ($16,000) |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,450.00 | 2012 (ytd): Rental income from 1043 Long View Ln. ($2,450) and from 4119 Woodlark Dr. ($2,000) |
| $37,859.88 | 2011: Rental income from 1043 Long View Ln. property ($15,500), from 1063 Long View Ln. property ($10,359.88), and from 4119 Woodlark Dr. property ($12,000) |
| $52,425.00 | 2010: Interest income ($25); and rental income from 1043 Long View Ln. property ($13,200), from 1063 Long View Ln. property ($13,200); and from 4022 Annandale Rd. property ($26,000) |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■   b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sanjiv D. and Kamini S. Shah v. Dharmesh and Renu Mehta, Case No. CL2011-10988 | Civil complaint | Fairfax County Circuit Court | Judgment entered 10/19/11, followed by garnishment summons |
| Sanjiv D. and Kamini S. Shah v. Dharmesh V. Mehta, Case No. CL2011-10310 | Civil complaint | Fairfax County Circuit Court | Judgment entered 10/19/11, followed by garnishment summons and domestication of foreign judgment in Washington County, MD |
| M&T Bank v. Dharmesh Mehta, et al., Index No. I2011 603832 | Civil complaint | New York Supreme Court: County of Erie | Judgment entered 10/6/11, followed by domestication of judgment in Fairfax County, VA |
| BB&T Financial, FSB v. Dharmesh V. Mehta, Case No. GV11028380-00 | Warrant in debt | Fairfax County General District Court | Pending |
| Summit Community Bank v. Dharmesh V. Mehta, et al. | Civil complaint | Circuirt Court of the City of Winchester | Pending |
| Metropolitan Meat Seafood & Poultry Co. v. Dharmesh Mehta, Misc. Law 85602; Judgment Number 503592 | Civil complaint | Montgomery County District Court of Maryland | Judgment entered 12/27/10 |
| Virginia Heritage Bank v. Dharmesh V. Mehta, et al., Case No. CL2010-15572 | Confession of judgment | Fairfax County Circuit Court | Judgment entered 11/3/10 |
| Moneygram Payment Systems, Inc. v. Dharmesh Mehta, et al., Case No. 2011-13843 | Civil complaint | Fairfax County Circuit Court | Judgment entered 8/3/11, followed by garnishment summons |
| Sol Suslovich t/a Hilltop Shop N' Go Center, L.L.C. v. Dharmesh Mehta, et al., CL 2010-4986 | Civil complaint | Fairfax County Circuit Court | Judgment entered 1/12/11 |
| Manan and Nikki Shah v. Dharmesh and Renu Mehta, Case No. 2010-13720 | Civil complaint | Fairfax County Circuit Court | Judgment entered 12/3/10 |
| Discover Bank v. Dharmesh V. Mehta, Case No. GV12-000952-00 | Warrant in debt | Fairfax County General Distrcit Court | Pending |
| LakeView of Culpeper Homeowners Association, Inc. v. Dharmesh Mehta, Case No. V11-1073 | Warrant in debt | Culpeper County General District Court | Pending |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank, N.A. v. Renu Mehta | Warrant in debt | Fairfax County General District Court | Pending |
| Dharmesh V. and Renu D. Mehta v. Manish Mehta and Meghna Mehta, CL2011-03577 | Civil complaint | Fairfax County Circuit Court | |
| Ford Motor Credit v. Dharmesh and Renu Mehta, Case No. 110200008552012 | Civil complaint | District Court of Maryland for Washington County | Pending |
| Dharmesh & Renu Mehta v. Commissioner of Internal Revenue, Docket No. 4107-11 | Petition | United States Tax Court | Pending |
| LakeView of Culpeper Homeowners Association, Inc. v. Renu Mehta, Case No. 2011-01060-01 | Civil action | Culpeper County General District Court | Garnishment pending |
| Continental Exchange Solutions, Inc. dba RIA Financial Services v. Mini Mart III, Inc., Case #30-2011 00517325 | Civil action | Superior Court of the State of California for the County of Orange | Pending |

■ None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

☐ None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Bank, N.A. P.O. Box 29746 Phoenix, AZ 85038-9746 | 10/24/11 | Foreclosure sale against real estate located at 1063 Longview Lane, Culpeper, VA 22701 |
| Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170 | 3/4/11 | Foreclosure sale against real estate located at 4022 Annandale Rd., Annandale, VA 22003 |

**6. Assignments and receiverships**

■ None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

■ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

### 7. Gifts

☐ None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| VRAJ Temple<br>15 Manor Rd.<br>Schuylkill Haven, PA 17972 | None | 6/26/11 | $402 |

### 8. Losses

☐ None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Various personal property, consigned for $23,782.90 | Husband's brother, without authority, seized and arranged for the sale of various personal property belonging to Debtors when they were out of town | October 2010 |

### 9. Payments related to debt counseling or bankruptcy

☐ None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Access Counseling, Inc. | 2/15/12 | $25 |
| Tyler, Bartl, Ramsdell & Counts, P.L.C.<br>300 N. Washington St., Suite 202<br>Alexandria, VA 22314 | 2/16/12 ($2,000); 2/17/12 ($8,327) | $10,000, plus $327 in applicable filing fees |

### 10. Other transfers

☐ None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sanjiv D. Shah<br>42911 Cedar Ridge Blvd.<br>Chantilly, VA 20152<br>None | 6/28/10 | Husband transferred 33% membership interest in Puja Properties, LLC in exchange for release of $275,000 in accrued debt under existing promissory notes |
| Sanjiv D. Shah<br>42911 Cedar Ridge Blvd.<br>Chantilly, VA 20152<br>None | Unknown | Husband transferred 33% membership interest in DHV One, LLC in exchange for release of $100,000 in accrued debt under existing promissory notes |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Nikki Shah<br>Ramnik D. Kotadia<br>Pravin D. Kotadia<br>Karamshibbhai R. Vaddoriya<br>    None | 3/31/11 | Debtors transferred 50% membership interest in KSV Partners, LLC in exchange for release of certain debts |
| Moulin Lalaji<br>6315 New Hampshire Ave.<br>Tacoma Park, MD 20783<br>    None | January 2011 | The Debtors relinquished their interest in Saiprasad Medical Transportation LLC to this party in exchange for a release of debt |
| Chand Mehta, Neel Mehta, & Kishan Mehta<br>601 Windview Way, #203<br>Frederick, MD 21703<br>    Uncle (Chand Mehta) and cousins | 12/31/10 | Husband relinquished all but 5% of his 50% interest in Sunshine Lodge, LLC to these parties, as they had funded the majority of the investment, and there was no equity in the project in any event |
| May Jewelers<br>8032 Leesburg Pike<br>Tysons Corner, VA 22182<br>    None | Summer 2010 | Debtors pawned jewelry items consisting of necklaces, chains, earrings, rings, bangles, and pendants, worth approximately $20,000, which they were unable to redeem and therefore forfeited the items |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Citizens Bank<br>P.O. Box 27131<br>Raleigh, NC 27611-7131 | Checking acct. #1041 | Withdrew $100 on 2/14/11 to close account |
| First Citizens Bank<br>P.O. Box 27131<br>Raleigh, NC 27611-7131 | Savings acct. #4306 | Withdrew $100.05 on 2/11/11 to close account |
| Bank of America<br>7220 Columbia Pike<br>Annandale, VA 22003 | Joint checking acct. #5396 | Closed in Februay 2011 with a negative balance |

7

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Bank of America 7220 Columbia Pike Annandale, VA 22003 | Dharmesh and Renu Mehta | Safe deposit box is empty | |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR              DATE OF SETOFF              AMOUNT OF SETOFF

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Debtors' children and Debtors' parents 4119 Woodlark Dr. Annandale, VA 22003-2343 | Debtors have mutual possession of, and control over, miscellaneous personal belongings of their children and their parents, with whom they reside | Debtors' residence |

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                   NAME USED                   DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

8

| | | | |
|---|---|---|---|
| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: | | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | | | |
|---|---|---|---|
| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. | | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | |
|---|---|
| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DHV One, LLC | 74-3136790 | 4604 Cambrayar St. Fairfax, VA 22030 | Real estate | 1/7/05-March 2010 |
| Mios Mart, Inc. | 54-2046596 | 8535 Centreville Rd. Manassas, VA 22110 | Retail and financial services | 2001-December 2009 |
| Mastersoft Technologies, LLC | 20-5565936 | 4022 Annandale Rd. Annandale, VA 22003 | Software developing | 9/11/06-12/12/10 |
| Latino Dollar Plus, Inc. | 20-0390034 | 14420 Jefferson Davis Hwy. Woodbridge, VA 22191 | Retail and financial services | 11/5/03-December 2007 |
| Puja Properties, LLC | 20-1217327 | 4604 Cambrayar St. Fairfax, VA 22030 | Real estate | 2/5/04-6/28/10 |
| Sunshine Lodge, LLC | 20-4175130 | 1240 E. 11th St. Siler City, NC 27344 | Hotel | 1/10/06-present |
| Shree Vishnu, Inc. | 41-2035356 | Laurel Blvd. Laurel, MD | Retail and financial services | 4/4/02-December 2008 |
| Renu Financial Services, Inc. | 20-0887219 | 336 Lee Hwy. Warrenton, VA 20186 | Retail and financial services | 3/15/04-October 2008 |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Todos Banco IV, Inc. | 52-23475271 | 1750 Columbia Rd. Washington, DC 20009 | Retail and financial services | 10/16/01-December 2008 |
| Todos Mart, Inc. | 54-2046598 | 1082 Elden St. Herndon, VA 20170 | Retail and financial services | 8/2/01-December 2006 |
| Shree Ganapati, Inc. | 72-1536954 | 334 Amaret St. Fredericksburg, VA 22401 | Retail and financial services | 10/11/02-December 2008 |
| Amit Properties, LLC | 20-1020702 | 4022 Annandale Rd. Annandale, VA 22003 | Real estate | 3/31/04-December 2010 |
| Mini Mart III, Inc. | 54-1980547 | 4817 Columbia Pike Arlington, VA 22204 | Retail and financial services | 3/9/00-December 2010 |
| Amigo Services, Inc. | 80-0067344 | t/a Insurance and Tax Services 4819 Columbia Pike Arlington, VA 22204 | Retail and financial services | 5/27/03-December 2010 |
| Shree Krishna 2, Inc. | 04-3598610 | 5726 Edsall Rd. Alexandria, VA 22304 | Retail and financial services | 2/7/02-December 2009 |
| Arlington Pawn, Inc. | 54-1965234 | 4801-C Columbia Pike Arlington, VA 22204 | Retail and financial services | 12/7/99-December 2009 |
| Amit Services, Inc. | 20-0260847 | 4707 Columbia Pike Arlington, VA 22204 | Restaurant | 9/2/03-December 2010 |
| DIYA Enterprises, Inc. | 20-3091281 | 4119 Woodlark Dr. Annandale, VA 22003-2343 | Retail and wholesale | 6/7/05-December 2010 |
| Nicket Enterprises, Inc. | 20-1133261 | 3600 14th St. Washington, DC 20010 | Retail and financial services | 5/18/04-December 2008 |
| Pujan Realty, LLC | 20-1278975 | 202 Peach St. Avenel, NJ 07001 | Real estate | 2005-2007 |
| Mios Mart II, Inc. | 54-2056719 | 7023 A Commerce St. Springfield, VA 22150 | Retail and financial services | 10/23/01-2005 |
| Todos Banco II, Inc. | 52-2341188 | 3161 Mt. Pleasant Ave. Washington, DC 20010 | Retail and financial services | 9/14/01-December 2005 |
| Todos Mart III, Inc. | 54-2056709 | 6134 C Arlington Blvd. Falls Church, VA 22042 | Retail and financial services | 10/23/01-December 2005 |
| SAI Prasad Medical Transportation, LLC | 27-1142322 | 4119 Woodpark Dr. Annandale, VA 22003-2343 | Transportation | 2009-December 2010 |
| TACSYS, LLC | 26-1348225 | 4119 Woodlark Dr. Annandale, VA 22003 | Tax services and accounting | 10/11/07-December 2010 |
| KSV Partners, LLC | 26-2056055 | 5221 Tulip Leaf Ct. Centreville, VA 20120 | Real estate | 2009-3/31/11 |
| Renu Investment, Inc. | 06-1689953 | 4022 Annandale Rd. Annandale, VA 22003 | Real estate | 3/21/03-December 2006 |
| Elamigo Dollar Plus, Inc. | 73-1672852 | 3600 14st. NW Washington, DC 20010 | Retail and financial services | 7/9/03-December 2006 |
| Dan Properties, Inc. | 20-0616900 | 4022 Annandale Rd. Annandale, VA 22003 | Real estate | 12/31/03-December 2006 |
| Krish Services, Inc. | 20-1695296 | 4022 Annandale Rd. Annandale, VA 22003 | Retail and financial services | 9/28/04-December 2006 |

10

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|---|---|
| Pujan Realty, LLC | 202 Peach St.<br>Avenel, NJ 07001 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  August 20, 2012     Signature  /s/ Dharmesh Vinodrai Mehta
                                                                                                  Dharmesh Vinodrai Mehta
                                                                               Debtor

Date  August 20, 2012     Signature  /s/ Renu Dharmesh Mehta
                                                                               Renu Dharmesh Mehta
                                                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Virginia

In re: Dharmesh Vinodrai Mehta / Renu Dharmesh Mehta, Debtor(s)

Case No.: 12-11061-BFK
Chapter: 7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* [ ] Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [x] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as Exempt
- [ ] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [ ] **Creditor(s) added**        [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**]
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G - Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [x] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.]**

- [x] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: Matrix

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment.

Date: August 20, 2012

/s/ Steven B. Ramsdell, VA Bar
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: #33222
Mailing Address: Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington St.
Suite 202
Alexandria, VA 22314
Telephone No.: (703) 549-5000

[amendcs ver. 10/2007]

# United States Bankruptcy Court
### Eastern District of Virginia

In re　Dharmesh Vinodrai Mehta
　　　Renu Dharmesh Mehta　　　　　　　　　　　　　　Case No.　12-11061-BFK
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter　7

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date　August 20, 2012　　　　　Signature　/s/ Dharmesh Vinodrai Mehta
　　　　　　　　　　　　　　　　　　　　　Dharmesh Vinodrai Mehta
　　　　　　　　　　　　　　　　　　　　　Debtor

Date　August 20, 2012　　　　　Signature　/s/ Renu Dharmesh Mehta
　　　　　　　　　　　　　　　　　　　　　Renu Dharmesh Mehta
　　　　　　　　　　　　　　　　　　　　　Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571